# EXHIBIT A

Electronically Filed
2/27/2026 5:15 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-1077-26-I**

**Cause No. _____**

| | | |
|---|---|---|
| **CITY OF ELSA** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **_____ DISTRICT COURT** |
| | § | |
| **VANESSA REYES** | § | |
| | § | **HIDALGO COUNTY, TEXAS** |
| **Defendant.** | § | |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, **CITY OF ELSA,** hereinafter referred to as Plaintiff, complaining of and about **VANESSA REYES,** hereinafter referred to as Defendant, and in support thereof would show the court as follows:

### I. DISCOVERY

1.      In compliance with Rule 190 of the Texas Rules of Civil Procedure, Plaintiff requests that discovery be conducted pursuant to Rule 190.4 (Level 3).

### II. PARTIES

2.      Plaintiff, City of Elsa is a municipal governmental entity located entirely in Hidalgo County, Texas.

3.      Defendant, Vanessa Reyes is an individual residing in Hidalgo County and may be served with process as follows:

> **Vanessa Reyes**
> **4808 S. Markland Ave.**
> **Edinburg, Texas 78539**

4.      **Plaintiff requests that the District Clerk prepare the citation in this matter for service of process by private process server.**

1

Electronically Filed
2/27/2026 5:15 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-1077-26-I**

### III. JURISDICTION

5.      This Court has jurisdiction pursuant to Texas Civil Practice and Remedies Code. This Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Court.

### IV. VENUE

6.      Venue is proper in Hidalgo County, Texas because all or a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Hidalgo County, Texas. Additionally, Hidalgo County, Texas is the county of residence and/or the principal office of one or more defendants. Therefore, venue in Hidalgo County, Texas is proper as to the defendant.

### V. FACTUAL ALLEGATIONS

7.      Plaintiff City of Elsa's Police Department employed Defendant Vanessa Reyes on May 29, 2025.  At that time, Defendant Reyes executed a contract obligating her to work for the Elsa Police Department for a minimum of 24 months.  Specifically, Section 3 of her employment contract stated that should she leave her employment before completing the required term, she would be responsible for reimbursing the City for any and all costs incurred in training her for her position.  Section 4 stated that these costs included interviews, background investigations, medical, psychiatric, drug-screening and other employment-related examinations, uniforms and equipment issued by the City, TCOLE Telecommunications licensing course, travel expenses for any and all TCOLE required training and salary paid during Field Training Sessions and Telecommunications training.  On June 24, 2025, Defendant Reyes left her assigned duty post as a Communications Officer for the Elsa Police Department and contacted her supervisor to inform him that she was resigning her position.

Electronically Filed
2/27/2026 5:15 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-1077-26-I**

8.      On or about July 8, 2025, the Elsa Police Chief sent her correspondence acknowledging her resignation and outlining her financial obligation to the City for resigning her position prior to the end of her employment contract.  The letter further stated that the amount of her obligation after deductions was $916.38.

9.      Defendant Reyes did not respond to the correspondence nor did she make any attempt to pay the City amount she owed to the City pursuant to her contractual agreement with the City of Elsa.

10.      After receiving no response to the July 8, 2025 demand, Plaintiff sent another demand on August 19, 2025.  Again, she did not respond and the City was left with no choice but to initiate these proceedings against her.

## VI. BREACH OF CONTRACT

11.      The factual allegations set forth above are incorporated herein.  Plaintiff avers that it has met the elements for an action for breach of contract.  Specifically, Plaintiff had a valid, enforceable, written contract with Defendant.  Second, Plaintiff provided Defendant with valuable training and licensing necessary to become a TCOLE certified communications officer.  Defendant failed to performed her contractual obligations by failing to work for the City for the 24 months that she agreed to in her contract of employment.  Third, the Defendant breached the contract by refusing to reimburse Plaintiff for the costs and expenses related to the training and licensing the City provided for the Defendant's certification.  Fourth, Defendant's breach has caused injury to the Plaintiff.  Therefore, Plaintiff alleges that the Defendant has breached the employment contract.  As set forth above, Plaintiff City of Elsa has made repeated good faith attempts to collect the amount owed to it under the contract but the Defendant Vanessa Reyes has refused to reimburse

3

Electronically Filed
2/27/2026 5:15 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-1077-26-I**

the Plaintiff for its expenses.  As a result of this separate breach of contract Plaintiff has suffered and continues to suffer damages.

## VII. ACTUAL DAMAGES

13.    By reason of the above actions alleged in paragraphs 6 through 10, Plaintiff has suffered actual damages in an amount above the minimum jurisdictional level of this court and for which Defendant is liable.

14.    The actual damages currently owed to Plaintiff upon the date of filing of this suit are as follows:

| | |
|---|---|
| Interview Process – 1 hour at a rate of $38.46/hour: | $38.46 |
| Background Investigation – 3 hours at a rate of $25.44/hour: | $79.42 |
| Psychiatric Examination - | $250.00 |
| Drug Screening - | $25.00 |
| Salary Paid During Field Training Sessions & Communications Training – 97.22 hours at a rate of $13.00/hr. | $1,263.86 |
| Sub-total: | $1,656.34 |
| **Total sue after final paycheck deductions of $739.96:** | **$916.38** |

Final amount due will be computed upon final judgment and will include interest, expenses and attorneys' fees.

## VIII. ATTORNEYS' FEES

14.    By reason of the allegations in this petition, Plaintiff is entitled to recover attorney fees in a sum that is reasonable and necessary.  The Texas Civil Practice & Remedies Code Chapter 38 provides for the assessment of attorney's fees.  In addition, the Contract of Employment between Plaintiff and Defendant provides that in the event that it becomes necessary to file suit in order to collect the City's costs, Plaintiff agrees to pay all costs of said suit, including reasonable attorney's fees and all interest allowed at the legal rate on the amount that is owed. In this case,

4

Electronically Filed
2/27/2026 5:15 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-1077-26-I**

Plaintiff will show that it has employed the undersigned attorney to assist it in the prosecution of this action. A reasonable attorney's fee is further requested for the work expended in the preparation and trial of this cause along with a reasonable fee for any and all appeals to other courts.

## IX. PRAYER

Wherefore, Plaintiff requests that Defendant be cited to appear and answer that, on final trial, Plaintiff have:

1. Judgment against Defendant for actual damages in an amount in excess of the minimum jurisdictional limits of the Court, with interest at the lawful rate from the date authorized by law until the date of judgment, including prejudgment and post-judgment interest.

2. Any and all un-liquidated damages to which the Plaintiff may show itself entitled.

3. Attorney's fees and expenses in a reasonable amount as permitted by Chapter 38 of Texas Civil Practice and Remedies Code, together with additional awards in the event of appeal.

4. Interest after judgment at the highest lawful until paid.

5. Costs of suit.

6. Any other relief, both general and special, at law or in equity, to which Plaintiff may be entitled.

Respectfully Submitted,

GUSTAVO L. ACEVEDO, JR.
814 Del Oro Lane
Pharr, Texas 78577
Telephone: (956) 787-4441

/s/ Gustavo L. Acevedo, Jr.
**GUSTAVO L. ACEVEDO, JR.**
State Bar of Texas No. 00829805
**Email: GLAcevedo@aol.com**

5

Electronically Filed
2/27/2026 5:15 PM
Hidalgo County District Clerks
Reviewed By: Vincente Facundo

**C-1077-26-I**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gustavo Acevedo Jr. on behalf of Gustavo Acevedo
Bar No. 829805
glacevedo@aol.com
Envelope ID: 111836896
Filing Code Description: Petition
Filing Description:
Status as of 3/2/2026 8:27 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gustavo Acevedo | | glacevedo@aol.com | 2/27/2026 5:15:26 PM | NOT SENT |